IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **READE WHITNEY,** | ) | |
| **44819 Atwater Drive, Apt 546** | ) | |
| **Ashburn, Virginia 20147** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-2988 |
| | ) | |
| **DC SOCCER, LLC** | ) | |
| **100 Potomac Ave., SW** | ) | |
| **Washington, DC 20024** | ) | |
| | ) | |
| **SERVE:** | ) | |
| **National Registered Agents, Inc.** | ) | |
| **1015 15th Street, Suite 1000, NW** | ) | |
| **Washington, DC 20005** | ) | |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT

COMES NOW Plaintiff Reade Whitney, by counsel, pursuant to the Federal Rules of Civil Procedure and the Rules of the United States District Court for the District of Columbia (updated April 2023) moves for judgment against DC Soccer, LLC on the grounds and in the amounts set forth below.

1. Plaintiff Reade Whitney is a resident of the Commonwealth of Virginia.

2. Defendant DC Soccer, LLC is a limited liability corporation organized in the State of Delaware.

3. DC Soccer, LLC is registered as a foreign corporation and does business in Washington, D.C. under the business name "DC SOCCER, LLC" d/b/a/ "D.C. United."

4. DC Soccer, LLC has sixteen listed owners, including Jason Levien and Stephen Kaplan, who are citizens of Washington, D.C., California, and various other states.

5. None of DC Soccer, LLC's sixteen listed owners reside in Virginia.

6. Jurisdiction is proper under 28 U.S.C. § 1332(a) pursuant to the existence of citizens of different States, and an amount in controversy greater than $75,000.

7. This Court has personal jurisdiction over Defendant DC Soccer, LLC because it regularly conducts business in the District of Columbia, because a substantial part of the events giving rise to the claim occurred in the District of Columbia, and because it has previously and recently filed suit in this Court.

8. Venue is proper in the District Court for the District of Columbia pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claim occurred in the District of Columbia.

9. Reade Whitney holds a Bachelor of Science degree in Athletic Training as of 2008.

10. Reade Whitney holds a Master of Science degree in Kinesiology and Rehabilitation Science in Athletic Training as of 2011.

11. Reade Whitney is currently licensed by the Commonwealth of Virginia as an athletic trainer.

12. Reade Whitney holds seven private licenses and certifications earned between 2008 and 2021 in athletic training and sports medicine.

13. Reade Whitney has been employed as a professional athletic trainer since 2008.

14. Reade Whitney has been employed as a professional soccer athletic trainer since 2013.

15. Reade Whitney has enjoyed a reputation as an excellent, inclusive, and professional soccer athletic trainer since 2013.

16. Reade Whitney has worked for professional soccer teams since 2013.

17. Reade Whitney has worked in Major League Soccer with FC Dallas, Chicago Fire FC, and CF Montreal.

18. Reade Whitney has chosen to dedicate his life to working in the most diverse professional sports league in North America.

19. Approximately 24% of Major League Soccer players are Black or African American.

20. Approximately 31% of Major League Soccer players are Hispanic or Latino.

21. DC Soccer, LLC, doing business as the Major League Soccer club D.C. United, hired Reade Whitney in July of 2021 as an Assistant Athletic Trainer.

22. Reade Whitney's tenure as an Assistant Athletic Trainer at D.C. United was successful in every respect.

23. D.C. United promoted Reade Whitney in January of 2022 to serve as Head Athletic Trainer.

24. Reade Whitney's tenure as Head Athletic Trainer at D.C. United was successful in every respect through mid-July of 2023.

25. Reade Whitney enjoyed a reputation as an excellent, inclusive, and professional soccer athletic trainer with the players and staff of D.C. United.

26. Reade Whitney enjoyed a reputation as an excellent, inclusive, and professional soccer athletic trainer in the Major League Soccer community, including its 29 clubs, and including players he had worked with in the past who now play for teams other than D.C. United.

27. Through mid-July of 2023, at the age of 37, Reade Whitney was enjoying his trade and profession and looking forward to another three decades of professional level athletic training in soccer.

28. Reade Whitney participated in an MLS All-Stars team and staff photo shoot on the National Mall on July 18, 2023.

29. Multiple photographs were taken, and D.C. United posted many of them on social media that week.

30. Reade Whitney did not post the photos.

31. In one photograph, Reade Whitney (bottom row, fourth from the left) made an upside-down "OK" hand gesture below his waist.

32. This is an accurate copy of the photograph:



33. Three days later, on July 21, 2023, in the early afternoon, Reade Whitney learned from a team staff member that comments had been shared on Twitter about this photograph.

34. Someone online suggested that Reade Whitney had flashed a racist hand signal.

4

35. Someone else online suggested that Reade Whitney was instead playing something known as the Circle Game.

36. Reade Whitney was surprised to hear that anyone thought that any variation of the OK hand gesture could be construed as a racist one.

37. The same team staff member was surprised to hear that anyone could have construed Reade Whitney's variation of the OK hand gesture as a racist one.

38. Reade Whitney was instructed around 4:30 p.m. to attend a 5:00 p.m. video call with D.C. United legal counsel and other management.

39. D.C. United claimed that the photograph was problematic because the hand gesture could be construed by some as a white power signal.

40. Reade Whitney explained that he did not know before that day that any variation of the OK hand gesture could be construed as a racist or white power signal.

41. Reade Whitney explained that he was playing the Circle Game.

42. Reade Whitney explained that multiple D.C. United players and staff also play the Circle Game occasionally.

43. D.C. United ended the video call by stating that they would reconvene.

44. Less than two hours later, Reade Whitney was instructed to attend another video call already in progress with the same D.C. United legal counsel and management from the 5:00 p.m. video call, plus a member of D.C. United's human resources department.

45. In this second video call, D.C. United claimed that they had already completed an investigation and that they were terminating Reade Whitney immediately.

46. Less than 30 minutes after the call concluded, at 7:30 p.m., D.C. United issued a public "DC United Club Statement" on their website and social media platforms.

47. The public statement consisted of three paragraphs of one sentence each.

48. The public statement set forth: "D.C. United have terminated the employment of the club's athletic trainer effective immediately. This termination is the result of an internal review following the discovery of a discriminatory hand gesture made by the individual that surfaced in a photograph published across social media platforms on July 20, 2023. There is no place for racism, homophobia, misogyny, or discrimination of any kind in our sport world and D.C. United do not tolerate any acts of this nature."

49. This is an accurate copy of the "DC United Club Statement":




6

50. The reference to "the club's athletic trainer" could not reasonably refer to anyone other than Reade Whitney.

51. The Washington Post identified the "club's athletic trainer" as Reade Whitney less than two hours after the publication of the statement, in an article published at 9:09 p.m.[1]

52. The published statement went viral on local news, national news, international news, and the internet, including articles by National Public Radio, the BBC, and Associated Press.

53. Comments from the Washington Post article included, "Presumably the league looked into it and found enough evidence to believe he did it and knew what it meant."

54. Comments from the Washington Post article included, "Wow, there sure are a lot of people here being VERY offended that a racist got called out for being a racist."

55. Comments from the Washington Post article included, "It's your intention that matters. DC United most likely had other indications of this man's intentions. Most innocent folks like yourself have no idea that the sign for ok has been corrupted for a racist trope. Used in an innocent context its taken in an innocent context. 100 bucks says this coach had other marks against him."

56. Comments from the Washington Post article included, "Nobody fire somebody for making the OK sign. It had to be the last straw for this guy and he didn't mean it to mean OK."

57. Comments from the Washington Post article included, "He should call himself Reade Whiteney!"

58. Comments from the Washington Post article included, "(He knew what he was doing and still did it. Now go apply for Qanon's trainer opening.)"

---

[1] https://www.washingtonpost.com/sports/2023/07/21/dc-united-fires-trainer-gesture/

59. Comments from the Washington Post article included, "What could the OK symbol represent in that context other than as a White Power symbol?"

60. Comments from the Washington Post article included, "Glad they fired him on the spot. Hope his future job prospects dry up."

61. Comments from the Washington Post article included, "This is people taking action on improper actions. It is exactly correct. Should they investigate him? No. Release of duties is enough. Next person may think twice before doing this and keep their evil thoughts in their head."

62. Internet searches of Reade Whitney's name after July 21, 2023, overwhelmingly link to the published statement and related news stories.

63. The published statement by D.C. United that they had discovered "a discriminatory hand gesture made by the individual that surfaced in a photograph published across social media platforms on July 20, 2023" was false.

64. The published statement by D.C. United that "[t]here is no place for racism, homophobia, misogyny, or discrimination of any kind in our sport world…" falsely and directly implied that Reade Whitney was associated with racism, homophobia, misogyny, and discrimination.

65. As published and maintained by the Anti-Defamation League, "The 'okay' hand gesture—in which the thumb and index finger touch while the other fingers of the hand are held outstretched—is an obvious and ancient gesture that has arisen in many cultures over the years with different meanings."

66. As published and maintained by the Anti-Defamation League, "Today, in a usage that dates to at least as early as 17th century Great Britain, it most commonly signals understanding, consent, approval or well-being."

67. As published and maintained by the Anti-Defamation League, "Since the early 1800s, the gesture increasingly became associated with the word 'okay' and its abbreviation 'ok.'"

68. As published and maintained by the Anti-Defamation League, "The gesture is also important in the Hindu and Buddhist worlds, as well as in yoga, where it is known as mudra or vitarka mudra, a symbol of inner perfection."

69. As published and maintained by the Anti-Defamation League, "The 'okay' hand gesture also forms part of the basis for a number of words or concepts in American Sign Language."

70. As published and maintained by the Anti-Defamation League, "Use of the okay symbol in most contexts is entirely innocuous and harmless."

71. As published and maintained by the Anti-Defamation League, sometime in 2017 the okay hand gesture was given a new meaning as part of a hoax by white supremacists who joked that the hand gesture represented the letters WP to signify "white power."

72. As published and maintained by the Anti-Defamation League, by 2019 some white supremacists abandoned this satirical use of the okay gesture and began to use it without irony, leading the Anti-Defamation League to identify the hand gesture as a potential hate symbol.

73. Nevertheless, as published and maintained by the Anti-Defamation League because of the obscurity and newness of this alternative meaning:

> The overwhelming usage of the "okay" hand gesture today is still its traditional purpose as a gesture signifying assent or approval. As a result, someone who uses the symbol cannot be assumed to be using the symbol in either a trolling or, especially, white supremacist context unless other contextual evidence exists to support the contention. Since 2017, many people have been falsely accused of being racist or white supremacist for using the "okay" gesture in its traditional and innocuous sense.

74. As published and maintained by the Anti-Defamation League, "Other, similar-seeming hand gestures have also been mistakenly assumed to have white supremacist connotations as a result of the 'okay' hoax. One of these is the so-called 'Circle Game,' in which people attempt to trick each other into looking at an okay-like hand gesture made somewhere below the waist."

75. Reade Whitney had been playing the Circle Game in the photograph, which is a schoolyard game dating back to at least the 1970s that involves the upside-down okay hand gesture held below waist level.

76. If someone else looks directly at the hand gesture, the "circler" wins and is entitled to punch that person in the arm.

77. The Circle Game gesture is regularly used to photobomb otherwise serious photographs.

78. The hand gesture used by Reade Whitney in the photograph is literally not the traditional OK gesture that could, as of 2019, be obscurely construed as standing for white power but was instead an upside-down and backwards gesture.

79. The hand gesture used by Reade Whitney in the photograph was specifically held below the waist, which is consistent with the decades old Circle Game.

80. Reade Whitney has no history of racist conduct.

81. Reade Whitney has no history of racist associations.

82. Reade Whitney has no history of racist readings or writings.

83. Reade Whitney has no history of white supremacist conduct.

84. Reade Whitney has no history of white supremacist associations.

85. Reade Whitney has no history of white supremacist readings or writings.

86. Reade Whitney's wife is not white.

87. The actual upright OK hand gesture, even when construed in the obscure, new, and alternative meaning, is not known to be associated with homophobia.

88. Reade Whitney has never supported homophobia.

89. The actual upright OK hand gesture, even when construed in the obscure, new, and alternative meaning, is not known to be associated with misogyny.

90. Reade Whitney has never supported misogyny.

91. Reade Whitney has never engaged in discriminatory acts.

92. Reade Whitney has never supported discriminatory acts.

93. Reade Whitney is an avowed lifelong anti-racist.

94. The only part of the statement published by D.C. United at 7:30 on Friday, July 21, 2023, that was not demonstrably false was that D.C. United had terminated Reade Whitney's employment effective immediately.

95. D.C. United could not have conducted any kind of remotely legitimate, thorough, or good faith investigation in less than two hours on a Friday evening.

96. D.C. United did not conduct any kind of remotely legitimate, thorough, or good faith investigation in less than two hours on a Friday evening.

97. D.C. United could not identify any evidence whatsoever from any interviews in that limited window that Reade Whitney had any racist, white power, or discriminatory background or intent.

98. D.C. United could not identify any evidence whatsoever from any interviews in that limited window that Reade Whitney had made a discriminatory hand gesture.

99. Even performing a simple Google search would have shown in a few minutes that D.C. United was completely off track.

11

100. A simple Google search would have revealed that the Anti-Defamation League warns that the use of the OK symbol in most contexts is entirely innocuous and harmless.

101. A simple Google search would have revealed that the U.S. Military Academy at West Point and the Naval Academy each conducted a several day investigation of cadets seen using the OK hand gesture at an Army-Navy football game and each concluded that it was just the Circle Game.

102. A simple Google search would have revealed that D.C. Fire and EMS had conducted a two-week investigation of recruits photographed using the OK hand gesture and concluded that it was just the Circle Game.

103. At minimum, D.C. United failed under the circumstances to take care that its statements about Reade Whitney were true.

104. Even if D.C. United had chosen to abruptly terminate Reade Whitney's employment on any grounds, with or without justification, there was no legitimate reason to publish any statement on their website and social media platforms.

105. D.C. United has forever falsely linked Reade Whitney to "racism, homophobia, misogyny, [and] discrimination."

106. D.C. United has destroyed Reade Whitney's reputation in his community of professional soccer through their false publications.

107. D.C. United has destroyed Reade Whitney's ability to earn a living in his given trade and profession of athletic training.

108. D.C. United has destroyed Reade Whitney's ability to earn a living in any trade or profession, as a Google search by any potential employer will link him to these false claims.

109. When confronted with their calamitous conduct, D.C. United refused to publish a retraction of any of their false statements.

110. When confronted, D.C. United changed its story to claim that Reade Whitney had acted in an unprofessional manner without any mention of racism, homophobia, misogyny, or discrimination of any kind.

111. Reade Whitney is emotionally distraught over his destroyed reputation.

112. Reade Whitney is embarrassed and humiliated over his destroyed reputation.

113. Reade Whitney is mortified that any of the hundreds of athletes of color that he has worked with personally over the years may now believe that he was harboring hateful, racist, or discriminatory thoughts.

114. Reade Whitney is mortified that any of his friends and coworkers in the LGBTQIA+ community may now believe that he was harboring hateful, homophobic, or discriminatory thoughts.

115. Reade Whitney is mortified that any of his women friends and coworkers may now believe that he was harboring hateful, misogynistic, or discriminatory thoughts.

116. The D.C. United Club Statement published by on Friday, July 21, 2023, at 7:30 p.m., remains posted on their website: https://www.dcunited.com/news/d-c-united-terminate-employment-of-club-athletic-trainer-effective-immediately

117. Defendant's conduct in publishing the statement was outrageous.

118. Defendant's publication was made with knowledge that the statements were false or with reckless disregard of whether they were false or not.

119. Defendant's publication, which was completely unnecessary and hurtfully false, demonstrated ill will and malice toward Reade Whitney.

120. A prominent D.C. United player had been accused of making racist statements on July 15, 2023, for the second time within a year, this time against a teammate instead of against an opponent.

121. D.C. United had been embarrassed by this well-publicized racism scandal.

122. D.C. United cynically took Reade Whitney's innocent but misconstrued hand gesture as an opportunity to portray itself as making a public statement against racism while the investigation played out and the accused player was on administrative leave.

123. D.C. United announced the administrative leave of that player the very same day, July 21, 2023.

124. The Washington Post article published on July 22, 2023, reporting that the player was placed on administrative leave, referenced Reade Whitney again[2]:

> Earlier Friday, United fired athletic trainer Reade Whitney for displaying a "discriminatory hand gesture" — the "okay" sign, which has increasingly been adopted by white supremacists and the far right — in a staff photo taken at an MLS All-Star Game training session Tuesday.

125. Comments from this second Washington Post article included, "Reade Whitney has got to be the dumbest guy ever, thinking the only people who are going to notice his white power signal are fellow white supremacists. And being a trainer on a team with several players of color? Good luck getting a job buddy, explaining this to your loved ones, and maybe it's time to move to Idaho."

126. Comments from this second Washington Post article included, "Fountas should be cut. It's clear enough that his go-to method of reacting to people with whom he is disagreeing is

---

[2] https://www.washingtonpost.com/sports/2023/07/22/dc-united-taxi-fountas-robertha-administrative-leave/

14

the racial epithet. If the club doesn't tolerate a white-nationalist hand signal, how can it tolerate repeated use of the racial epithet?"

127. D.C. United published a press release on August 10, 2023, which set forth:

D.C. United and forward Taxi Fountas have mutually agreed to terminate his contract, effective immediately. Fountas was placed on administrative leave by MLS on July 21 following what the league determined were credible allegations that he used prohibited and discriminatory language against another player.

There is no place for racism, homophobia, misogyny, or discrimination of any kind in our sport and world and D.C. United do not tolerate any acts of this nature.

128. In other words, D.C. United publicly asserted that there were credible allegations of discriminatory language used by a player, and then applied the exact same language that they had used in their press release about Reade Whitney, that "[t]here is no place for racism, homophobia, misogyny, or discrimination of any kind in our sport …."

129. D.C. United's conduct and treatment of Reade Whitney is an astonishing, disappointing, and inexcusable low point of a once proud organization.

130. Defendant runs a soccer team and is not engaged in the field of journalism.

131. Reade Whitney is not a public figure.

132. Reade Whitney has suffered actual injury and damages as a result of D.C. United's false publication.

133. Reade Whitney has suffered greatest injury in Virginia, his state of domicile.

134. Reade Whitney suffers ongoing injury and damages as a result of D.C. United's inexplicable refusal to retract Defendant's false publication.

## Count I – Defamation Per Se

135. Reade Whitney hereby incorporates the allegations of all previous paragraphs in this Complaint by reference as if fully stated in this paragraph.

136. Reade Whitney's common law rights include uninterrupted entitlement to the enjoyment of his personal and business reputations.

137. The published statement by Defendant that they had discovered "a discriminatory hand gesture made by the individual that surfaced in a photograph published across social media platforms on July 20, 2023" was false.

138. Reade Whitney literally did not make the traditional OK hand gesture, which has in recent years been partially appropriated by white supremacists.

139. Reade Whitney had no knowledge before July 21, 2023, that the traditional OK hand gesture had in recent years been partially appropriated by white supremacists.

140. Reade Whitney could not have been communicating a meaning of discrimination that he knew nothing about.

141. Reade Whitney was not communicating any meaning of discrimination.

142. Nevertheless, D.C. United published a statement directly and publicly accusing their athletic trainer, Reade Whitney, of making "a discriminatory hand gesture."

143. The published statement by D.C. United that "[t]here is no place for racism, homophobia, misogyny, or discrimination of any kind in our sport world…" falsely and directly implied that Reade Whitney was associated with racism, homophobia, misogyny, and discrimination.

144. The direct implication that Reade Whitney is a racist is false.

145. The direct implication that Reade Whitney is a homophobe is false.

146. The direct implication that Reade Whitney is a misogynist is false.

147. The direct implication that Reade Whitney engages in discrimination is false.

148. Nevertheless, D.C. United published a statement publicly associating and accusing Reade Whitney of racism, homophobia, misogyny, and discrimination.

149. D.C. United has injured Reade Whitney's reputation by publishing these false statements, which impute unfitness to perform his professional duties and want of integrity in the discharge of those duties.

150. The false statements prejudice Reade Whitney in his profession because, if they were true, it would cause players, coaches, and staff to avoid and shun him.

151. The false statements are necessarily hurtful to Reade Whitney's business of caring for and working with athletes (and staff) of color.

152. With a limited set of teams within Major League Soccer, with a limited set of professional soccer players in the United States, and with overwhelming internet coverage associating Reade Whitney with these terrible falsehoods, it is impossible for him to seek employment in his given trade and profession.

153. D.C. United had no interest or duty in making its published false statements about Reade Whitney.

154. D.C. United published the statements knowing that they were false or made them so recklessly as to amount to a willful disregard for the truth, that is, with a high degree of awareness that the statements were probably false.

155. D.C. United has not offered nor made any apology to Reade Whitney for their published statements regarding him.

156. Reade Whitney seeks presumed, compensatory, punitive, and per se damages against D.C. United for these published defamatory statements.

**Count II – Defamation**

157. Reade Whitney hereby incorporates the allegations of all previous paragraphs in this Complaint by reference as if fully stated in this paragraph.

158. As of the time of Reade Whitney's abrupt termination and D.C. United's published false statements about him, he was earning approximately $92,000 a year before other incentives (i.e., if the team made the playoffs).

159. The league average pay for someone with Reade Whitney's qualifications and experience is even higher.

160. Reade Whitney had an ordinary and reasonable expectation that he would continue to earn his professional salary.

161. Reade Whitney had an ordinary and reasonable expectation that he would receive periodic increases in pay in line with his increasing experience and seniority over time.

162. Reade Whitney had an ordinary and reasonable expectation that he could seek the same or higher salary when other head athletic trainer positions became available from time to time within the league.

163. Reade Whitney is not employable in his given trade and profession because his reputation has been destroyed by D.C. United.

164. Even if Reade Whitney never received a raise again the rest of his career, and even if he retired 28 years from now at age 65, his lost income would be no less than $2,576,000.

165. Reade Whitney seeks compensatory, punitive, and per quod damages against D.C. United for these published defamatory statements.

WHEREFORE, Plaintiff Reade Whitney respectfully requests judgment against Defendant DC Soccer, LLC, in the amount of $7,500,000 to be determined by the evidence and applicable law, presumed damages, compensatory damages, punitive damages, an award of pre-judgment interest, an award of post-judgment interest, and further seeks all allowable costs.

## **JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff respectfully demands a trial by a jury on all issues in his Complaint.

/s/
Mikhael D. Charnoff (DC Bar 476583)

Dated: October 6, 2023

Respectfully submitted,

CHARNOFF SIMPSON PLLC

/s/ Mikhael D. Charnoff
Mikhael D. Charnoff (#476583)
111 Church Street, NW, Suite 202 A
Vienna, VA 22180
P: 703-291-6650
mike@charnoffsimpson.com
*Counsel for Plaintiff*