AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-2988

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>DC Soccer, LLC Serve: National Registered Agents, Inc., Registered Agent</u> was received by me on *(date)* <u>Oct 10, 2023, 6:32 pm</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Meghan Davey</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>National Registered Agents, Inc., Registered Agent for DC Soccer, LLC</u> on *(date)* <u>Thu, Oct 12 2023</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 10/12/2023

*Server's signature*

Jose Carrillo  /  Process Server

*Printed name and title*

8200 Greensboro Dr Suite 900, McLean, VA 22102

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 12, 2023, 12:18 pm EDT at 1015 15th St NW Suite 1000, Washington, DC 20005 received by Meghan Davey on behalf of National Registered Agents, Inc., Registered Agent for DC Soccer, LLC. Age: 26; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'6"; Hair: Blond; Eyes: Blue; Relationship: Intake Specialist.