**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **READE WHITNEY**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-02988-JMC |
| | ) | |
| **DC SOCCER, LLC**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion to Dismiss, it is on this _____ day of

_____, 202___, ORDERED that:

1.  The Motion is GRANTED; and

2.  The Complaint is dismissed with prejudice.


_____
United States District Judge