IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **READE WHITNEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 1:23-cv-02988-JMC |
| | ) |
| **DC SOCCER, LLC** | ) |
| | ) |
| **Defendant.** | ) |

**[PROPOSED] ORDER ON MOTION TO DISMISS**

Before the Court is the Motion to Dismiss the Complaint filed by Defendant DC Soccer, LLC pursuant to Rule 12(b)(6), and upon consideration of the arguments and authorities and the Opposition filed by Plaintiff Reade Whitney,

IT IS HEREBY ORDERED that Motion to Dismiss is DENIED.


Dated: _____, 2023

_____
The Honorable Jia M. Cobb
United States District Court Judge
United States District Court for the
District of Columbia