IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **READE WHITNEY**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:23-cv-02988-JMC |
| **DC SOCCER, LLC**, | ) |
| Defendant. | ) |

**DEFENDANT'S CONSENT MOTION
FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Defendant DC Soccer, LLC ("Defendant"), by and through its undersigned counsel, hereby respectfully requests a two-week extension of time, up to and including December 8, 2023, to file its reply memorandum in support of its pending Motion to Dismiss [ECF No. 4]. In support thereof, Defendant states as follows:

1. Plaintiff filed a memorandum in opposition to Defendant's Motion to Dismiss on November 16, 2023, making Defendant's reply memorandum due on the day after Thanksgiving, November 24, 2023.

2. Defense counsel requires additional time for the reply memorandum in light of other pressing professional commitments this week, the Thanksgiving holiday, and significant business travel the following week.

3. Plaintiff consents to a two-week extension of the deadline for Defendant to file a reply memorandum to and including December 8, 2023.

4. This is the first and only extension requested on this matter and is for good cause and will not cause undue delay.

FP 48804194.1

WHEREFORE, Defendant respectfully requests that the Court extend its deadline to file a reply memorandum in support of its Motion to Dismiss until December 8, 2023.

DATED: November 20, 2023                                    Respectfully submitted,

*/s/ Daniel E. Farrington*

_____
Daniel E. Farrington (#471403)
Fisher & Phillips LLP
1401 New York Avenue, NW, Ste. 400
Washington, DC 20005
Tel. (202) 429-3706
Fax (202) 978-3788
dfarrington@fisherphillips.com

*Attorneys for Defendant*