IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **READE WHITNEY**, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:23-cv-02988-JMC |
| **DC SOCCER, LLC**, | ) ) ) | |
| Defendant. | ) ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant DC Soccer, LLC's Consent Motion for Extension of Time, it is on this _____ day of November, 2023, ORDERED that:

1. The Motion is GRANTED; and

2. Defendant's deadline to file a reply memorandum in support of its pending Motion to Dismiss is extended until December 8, 2023.

_____
United States District Judge