## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **READE WHITNEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 1:23-cv-02988-JMC |
| | ) |
| **DC SOCCER, LLC** | ) |
| | ) |
| **Defendant.** | ) |

### UNOPPOSED MOTION FOR STATUS CONFERENCE

COMES NOW Plaintiff Reade Whitney, by counsel, pursuant to the Federal Rules of Civil Procedure and the Rules of the United States District Court for the District of Columbia (updated January 2024) and respectfully moves the Court to hold a brief Status Conference.  The Complaint was filed on October 6, 2023.  Defendant filed a Motion to Dismiss on November 2, 2023.  Plaintiff filed an Opposition on November 16, 2023.  Defendant filed a Reply on December 8, 2023.  Defendant indicated that it does not oppose the instant motion.

WHEREFORE, Plaintiff Reade Whitney respectfully asks the Court to schedule a Status Conference.

Dated: April 8, 2024                    Respectfully submitted,

                                        CHARNOFF SIMPSON PLLC


                                             /s/ Mikhael D. Charnoff
                                        Mikhael D. Charnoff (#476583)
                                        111 Church Street, NW, Suite 202 A
                                        Vienna, VA 22180
                                        P:  703-291-6650
                                        mike@charnoffsimpson.com
                                        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2024, I caused a copy of the foregoing to be served electronically on counsel for Defendant DC Soccer, LLC, Daniel E. Farrington of Fisher & Phillips LLP, by using the CM/ECF system of the United States District Court of the District of Columbia.

CHARNOFF SIMPSON PLLC

　　　/s/ Mikhael D. Charnoff
Mikhael D. Charnoff (#476583)
111 Church Street, NW, Suite 202 A
Vienna, VA 22180
P:  703-291-6650
mike@charnoffsimpson.com
*Counsel for Plaintiff*