IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **READE WHITNEY**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:23-cv-02988-JMC |
| **DC SOCCER, LLC**, | ) |
| Defendant. | ) |

**DEFENDANT'S CONSENT MOTION TO RESET STATUS CONFERENCE**

Defendant DC Soccer, LLC ("Defendant"), by and through its undersigned counsel, hereby moves to reset the status conference set for April 23, 2024, and in support thereof, states as follows:

1. On April 10, 2024, the Court set a status conference for April 23, 2024, at 10:30 am.

2. Defense counsel will be out of the country that day.

3. Counsel for the Parties have conferred and are mutually available the following dates and times: April 24, 2024 (1:30 pm or later), April 25, 2024 (1:00 pm or later), May 6, 2024 (no time restrictions), and May 7, 2024 (until 1:00 pm).

WHEREFORE, Defendant respectfully requests that the Court reset the status conference for one of the dates listed above.

DATED: April 11, 2024                        Respectfully submitted,

                                             */s/ Daniel E. Farrington*

                                             _____
                                             Daniel E. Farrington (#471403)
                                             Fisher & Phillips LLP
                                             1401 New York Avenue, NW, Ste. 400
                                             Washington, DC 20005

FP 50302593.1

Tel. (202) 429-3706
Fax (202) 978-3788
dfarrington@fisherphillips.com

*Attorneys for Defendant*