**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **READE WHITNEY**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:23-cv-02988-JMC |
| | ) |
| **DC SOCCER, LLC**, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's April 25, 2024 Minute Order, the parties jointly file this Status Report.

The United States Court of Appeals for the D.C. Circuit has not yet published its decision in *Florio v. Gallaudet University*.  The parties jointly propose that the Court continue the stay in this matter for an additional thirty days.

DATED:  June 28, 2024                           Respectfully submitted,

/s/ Mikhael D. Charnoff                          /s/ Danie E. Farrington

  Mikhael D. Charnoff (#476583)          Daniel E. Farrington (#471403)
  Charnoff Simpson PLLC                       Fisher & Phillips LLP
  111 Church Street, NW, Suite 202 A    1401 New York Avenue, NW, Ste. 400
  Vienna, VA 22180                              Washington, DC 20005
  Tel. (703) 291-6650                            Tel. (202) 429-3706
  Fax (703) 829-7889                            Fax (202) 978-3788
  mike@charnoffsimpson.com              dfarrington@fisherphillips.com

*Attorney for Plaintiff*                            *Attorney for Defendant*

FP 51105559.2