IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **READE WHITNEY**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:23-cv-02988-JMC |
| **DC SOCCER, LLC**, | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's July 2, 2024 Minute Order, the parties jointly file this Status Report.

The United States Court of Appeals for the D.C. Circuit has not yet published its decision in *Florio v. Gallaudet University*. The parties jointly propose that the Court continue the stay in this matter for an additional thirty days.

| | |
|---|---|
| DATED: August 1, 2024 | Respectfully submitted, |
| */s/ Mikhael D. Charnoff* | */s/ Danie E. Farrington* |
| Mikhael D. Charnoff (#476583) | Daniel E. Farrington (#471403) |
| Charnoff Simpson PLLC | Fisher & Phillips LLP |
| 111 Church Street, NW, Suite 202 A | 1401 New York Avenue, NW, Ste. 400 |
| Vienna, VA 22180 | Washington, DC 20005 |
| Tel. (703) 291-6650 | Tel. (202) 429-3706 |
| Fax (703) 829-7889 | Fax (202) 978-3788 |
| mike@charnoffsimpson.com | dfarrington@fisherphillips.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |