IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **READE WHITNEY**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:23-cv-02988-JMC |
| **DC SOCCER, LLC**, | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's August 1, 2024 Minute Order, the parties jointly file this Status Report.

The United States Court of Appeals for the D.C. Circuit has not yet published its decision in *Florio v. Gallaudet University*. The parties jointly propose that the Court continue the stay in this matter for an additional thirty days.

DATED: August 30, 2024                      Respectfully submitted,

*/s/ Mikhael D. Charnoff*                    */s/ Danie E. Farrington*
Mikhael D. Charnoff (#476583)                Daniel E. Farrington (#471403)
Charnoff Simpson PLLC                        Fisher & Phillips LLP
111 Church Street, NW, Suite 202 A           1401 New York Avenue, NW, Ste. 400
Vienna, VA 22180                             Washington, DC 20005
Tel. (703) 291-6650                          Tel. (202) 429-3706
Fax (703) 829-7889                           Fax (202) 978-3788
mike@charnoffsimpson.com                     dfarrington@fisherphillips.com

*Attorney for Plaintiff*                     *Attorney for Defendant*

FP 51105559.4