IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **READE WHITNEY**, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **DC SOCCER, LLC**, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:23-cv-02988-JMC |

## JOINT PROPOSED SCHEDULE

Pursuant to the Court's October 10, 2024 Minute Order, the parties jointly propose this schedule for further proceedings.

Defendant intends to renew its Motion to Dismiss, and the parties propose the following schedule for briefing the Motion.

| | |
|---|---|
| Defendant's Deadline to File Motion to Dismiss: | November 15, 2024 |
| Plaintiff's Deadline to File Opposition: | December 16, 2024 |
| Defendant's Deadline to File Reply: | January 15, 2025 |

The parties propose that if the Court denies Defendant's Motion to Dismiss that the Court set an Initial Scheduling Conference within thirty (30) days after ruling upon Defendant's Motion to Dismiss and that parties file a Joint Local Civil Rule 16.3(d) Report no later than seven (7) days before the Initial Scheduling Conference.

WHEREFORE, parties respectfully request that the Court adopt the schedule proposed herein.

FP 52551820.1

| | |
|---|---|
| DATED: October 10, 2024 | Respectfully submitted, |
| */s/ Mikhael D. Charnoff* | */s/ Danie E. Farrington* |
| Mikhael D. Charnoff (#476583) | Daniel E. Farrington (#471403) |
| Charnoff Simpson PLLC | Fisher & Phillips LLP |
| 111 Church Street, NW, Suite 202 A | 1401 New York Avenue, NW, Ste. 400 |
| Vienna, VA 22180 | Washington, DC 20005 |
| Tel. (703) 291-6650 | Tel. (202) 429-3706 |
| Fax (703) 829-7889 | Fax (202) 978-3788 |
| mike@charnoffsimpson.com | dfarrington@fisherphillips.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |