**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **READE WHITNEY**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-02988-JMC |
| | ) | |
| **DC SOCCER, LLC**, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S SECOND MOTION TO DISMISS**

Defendant DC Soccer, LLC, by and through its undersigned counsel, hereby moves to dismiss the Complaint in its entirety.  As is demonstrated more fully in the accompanying Statement of Points and Authorities, the Complaint fails to state a claim on which relief may be granted.

DATED: November 15, 2024                    Respectfully submitted,

*/s/ Daniel E. Farrington*
_____
Daniel E. Farrington (#471403)
Fisher & Phillips LLP
1401 New York Avenue, NW, Ste. 400
Washington, DC 20005
Tel. (202) 429-3706
Fax (202) 978-3788
dfarrington@fisherphillips.com

*Attorneys for Defendant*