**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **READE WHITNEY**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-02988-JMC |
| ) | |
| **DC SOCCER, LLC**, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Second Motion to Dismiss, it is on this _____ day of _____, 202\_\_\_, ORDERED that:

1. The Motion is GRANTED; and

2. The Complaint is dismissed with prejudice.

_____
United States District Judge