# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **READE WHITNEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 1:23-cv-02988-AHA |
| | ) |
| **DC SOCCER, LLC** | ) |
| | ) |
| **Defendant.** | ) |

## REQUEST FOR ORAL HEARING ON
## SECOND MOTION TO DISMISS

COMES NOW Plaintiff Reade Whitney, by counsel, and respectfully requests an oral hearing on the Second Motion to Dismiss filed against the Complaint now that all briefing has been completed, as Plaintiff believes that oral argument will be useful to the Court.

Dated: January 17, 2025            Respectfully submitted,

CHARNOFF SIMPSON PLLC


　　　　/s/ Mikhael D. Charnoff
Mikhael D. Charnoff (#476583)
111 Church Street, NW, Suite 202 A
Vienna, VA 22180
P:  703-291-6650
mike@charnoffsimpson.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2025, I caused a copy of the foregoing to be served electronically on counsel for Defendant DC Soccer, LLC, Daniel E. Farrington of Fisher & Phillips LLP, by using the CM/ECF system of the United States District Court of the District of Columbia.

CHARNOFF SIMPSON PLLC

/s/ Mikhael D. Charnoff
Mikhael D. Charnoff (#476583)
111 Church Street, NW, Suite 202 A
Vienna, VA 22180
P: 703-291-6650
mike@charnoffsimpson.com
*Counsel for Plaintiff*